UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE DEON CARROLL,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | No.  2:16-cv-1759 TLN KJN P<br><br><br><br>ORDER |

On December 19, 2016, Plaintiff filed a request for reconsideration (ECF No. 25) of the Magistrate Judge's order filed December 9, 2016, denying Plaintiff's motion for counsel (ECF No. 21). Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id*. Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the Magistrate Judge filed December 9, 2016, (ECF No. 21), is affirmed.

Dated: January 10, 2017

Troy L. Nunley
United States District Judge

1