UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE DEON CARROLL, | No. 2:16-cv-1759 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of December 9, 2016. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 30) is granted; and

2. Plaintiff is granted forty-five days from the date of this order in which to file an amended complaint. No further extensions of time will be granted.

Dated: 02/27/17

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

carr1759.36sec