UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE DEON CARROLL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2: 16-cv-1759 TLN KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. On January 8, 2018, the court granted plaintiff sixty days to file an amended complaint. (ECF No. 46.)

On February 15, 2018, plaintiff filed a motion for leave to amend his complaint. (ECF No. 47.) Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a prisoner, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915A. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to amend (ECF No. 47) is denied without prejudice;

////

////

1

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint; failure to file an amended complaint within that time will result a recommendation of dismissal of this action.

Dated: February 22, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Carr1759.ord